

FILED

**Margaret Botkins**
**Clerk of Court**

10:27 am, 3/15/22

United States District Court

For The District of Wyoming

BP AMERICA PRODUCTION COMPANY,

    Plaintiff,

vs.

DEBRA ANNE HAALAND, SECRETARY, UNITED STATES DEPARTMENT OF THE INTERIOR and KIMBRA DAVIS, DIRECTOR, OFFICE OF NATURAL RESOURCES REVENUE, UNITED STATES DEPARTMENT OF THE INTERIOR,

    Defendants.

Civil No. 21-CV-105-F

## JUDGMENT IN A CIVIL ACTION

The Court having issued an Order Affirming Agency Action on BP America Production Company's claims on March 14, 2022 and having found that the Director's September 30, 2020 decision was not arbitrary, capricious and abuse of discretion, or otherwise not in accordance with the law, nor did it exceed statutory or regulatory authority.

Plaintiff, BP America Production Company, shall take nothing and Defendants, Debra Anne Haaland, Secretary, United States Department of the Interior and Kimbra Davis, Director, Office of Natural Resources Revenue, United States Department of the Interior are entitled to judgment in their favor on all claims asserted against them by Plaintiff.

Dated this 15th day of March, 2022.



_____
Clerk of Court or Deputy Clerk